IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01709-BNB

GERALD ZACHARY HAMMOND,

Plaintiff,

v.

SUPREME COURT OF COLO.,
COLO. COURT OF APPEALS, and
HONORABLE JUDGE SHELLEY I. GILLMAN,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 6 2007

GREGORY C. LANGHAM
_____
CLERK

---

### ORDER OF DISMISSAL

---

Plaintiff Gerald Zachary Hammond currently is detained at the Denver County

Jail, in Denver, Colorado.  Mr. Hammond has filed a *pro se* Prisoner Complaint

pursuant to 42 U.S.C. § 1983 challenging the validity of his state court criminal

conviction.  As relief, Mr. Hammond seeks (1) a certificate of appealability, (2) an

appointment of counsel in his state criminal case appeal, (3) all transcripts and audio

recordings and the entire record of his state criminal proceeding, and (4) an acquittal in

his state criminal case.

The Court must construe the Complaint liberally because Mr. Hammond is a *pro*

*se* litigant.  **See** ***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935

F.2d 1106, 1110 (10th Cir. 1991).  If a complaint reasonably can be read "to state a valid

claim on which the plaintiff could prevail, [a court] should do so despite the plaintiff's

failure to cite proper legal authority, his confusion of various legal theories, his poor

syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not act as a *pro se* litigant's advocate. *See Id.* For the reasons stated below, the Court will dismiss the Complaint and the action.

As noted above, Mr. Hammond is challenging the validity of his state court conviction. Applicant alleges he has been denied effective assistance of counsel in his state criminal proceeding that involves an illegal sting operation, including appointment of counsel on appeal and denial of court records. Mr. Hammond's sole federal remedy for the claims that he asserts in the instant action is a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See Preiser v. Rodriguez*, 411 U.S. 475, 504 (1973).

Mr. Hammond has a separate case pending in this Court, *Hammond v. Lovinger, et al.*, No. 07-cv-01580-BNB (D. Colo. filed July 26, 2007), in which he seeks habeas relief in a state criminal proceeding that involves the same alleged illegal sting operation. Applicant's claims in the instant action are repetitious of the claims that he raises in Case No. 07-cv-01580-BNB.

Repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam). The Court may consult its own records to determine whether a pleading repeats pending or previously litigated claims. *See Duhart v. Carlson*, 469 F.2d 471 (10th Cir. 1972). The Court, therefore, will not consider the merits of Applicant's habeas claims in this action and will dismiss the action as legally frivolous. Accordingly, it is

ORDERED that the Complaint and action are dismissed pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(i).

DATED at Denver, Colorado, this 5 day of _____ Sept. _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01709-BNB

Gerald Z. Hammond
Prisoner No. 1547541
Denver County Jail
PO Box 1108 Bldg 20H-19
Denver, CO 80201

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on ___9-6-7___

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk